UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    INDICTMENT

    -v.-                         :    08 Cr.

MIGUEL ORLANDO-MENA,            :
    a/k/a "Miguel Mena,"
    a/k/a "Noel Mena,"          :

        Defendant.          :

- - - - - - - - - - - - - - - - - x

**08 CRIM 156**

COUNT ONE

The Grand Jury charges:

From at least in or about October 2005, up to and including in or about February 2008, in the Southern District of New York and elsewhere, MIGUEL ORLANDO-MENA, a/k/a "Miguel Mena," a/k/a "Noel Mena," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported and removed from the United States, subsequent to a conviction for commission of an aggravated felony, to wit, a conviction on or about April 19, 2001, in the Circuit Court of the Eleventh Judicial Circuit for Dade County, Florida, for Armed Robbery and Kidnaping with a weapon, in violation of Florida Statutes Chapters 812.13(2)(A), 787.01(2), 777.011, and 775.087, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

    (Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____           _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MIGUEL ORLANDO-MENA,
a/k/a "Miguel Mena,"
a/k/a "Noel Mena,"

Defendant.

INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

_____
              MICHAEL J. GARCIA
           United States Attorney.

A TRUE BILL

_____
                  Foreperson.

2/25/08 Filed Indictment. A/W Issued.
Case assigned to Judge Cote.
s/ Mag. Judge Katz