```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    08 CR. 156 (DLC)
UNITED STATES OF AMERICA,                :
                                         :         ORDER
            -v-                          :
                                         :
MIGUEL ORLANDO MENA,                     :
                                         :
            Defendant.                   :
                                         :
-----------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6-24-08 |

DENISE COTE, District Judge:

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Michael H. Dolinger on May 30, 2008;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:   New York, New York
         ~~June 30, 2008~~
         June 23, 2008

                                    _____
                                          DENISE COTE
                                    United States District Judge