```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    08 Cr. 156 (DLC)
                                         :
            -v-                          :         ORDER
                                         :
MIGUEL ORLANDO MENA,                     :
                                         :
                      Defendant.         :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-08

DENISE COTE, District Judge:

As set forth on the record on July 8, 2008, it is hereby

ORDERED that Sabrina Schroff is relieved as counsel for the defendant and C.J.A. counsel, Stephanie M. Carvlin, is appointed to represent the defendant effective this day.

Dated:   New York, New York
         July 8, 2008

                                     _____
                                            DENISE COTE
                                     United States District Judge